IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    NO. 3:12-0070
    )
DANIEL O. RODRIGUEZ    )

O R D E R

By Notice issued on January 13, 2012, Docket Entry No. 2, an initial case management conference was scheduled for Tuesday, February 28, 2012. On Monday, February 27, 2012, the defendant, Daniel O. Rodriguez, telephoned the office of the Magistrate Judge to inquire about a continuance of the case management conference. He was advised to contact the Assistant United States Attorney with his request.

On February 28, 2012, the Assistant United States Attorney, Stephen P. Jordan, appeared for the initial case management conference and advised that Mr. Rodriguez had contacted him about rescheduling, and that they had agreed to another date in March.

It is therefore ORDERED that the initial case management conference is RESCHEDULED for **2:00 p.m., Tuesday, March 20, 2012,** in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

The Clerk is directed to mail a copy of this order to the defendant at 405 Wildlife Court, LaVergne, TN 37086.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge